

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2014

No. 04-14-00488-CV

**IN THE INTEREST OF T.F., A CHILD,**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-PA-02356
Honorable David A. Canales, Judge Presiding

# O R D E R

The reporter's record was due August 15, 2014, but was not filed. Moreover, the reporter did not filed a notification of late record. The court reporter is reminded that, by statute, this appeal is accelerated, and is to take precedence over other matters. TEX. FAM. CODE ANN. § 109.002(a) (West 2014).

We therefore **ORDER** Luis Duran Jr., the court reporter, to file the reporter's record on or before **September 4, 2014**. The reporter is reminded that the reporter's record is currently a week late, and that strict deadlines exist with regard to disposal of appeals dealing with termination of parental rights. With regard to the appellate record, appellate courts may not grant more than 30 days *cumulatively* with regard to extensions of time for the reporter's record. TEX. R. APP. P. 28.4(b).

We order the clerk of this court to serve a copy of this order on all counsel, the court reporter, and the trial court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court